

COPY

| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>MILSTEIN ADELMAN, LLP<br>Gillian L. Wade, State Bar No. 229124<br>Sara D. Avila, State Bar No. 263213<br>M. Isaac Miller, State Bar No. 266459<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405<br>Telephone: 310-396-9600<br>Facsimile: (310) 396-9635<br>ATTORNEYS FOR: ERIN SHAFFER | FILED<br>2013 APR -2 PM 4:05<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN SHAFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>SHIRE LLC, a Kentucky limited liability company; SHIRE U.S., INC., a New Jersey corporation; and DOES 1 through 10, inclusive,<br>Defendant(s). | CASE NUMBER:<br>**CV13-02363-CAS (JCx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ERIN SHAFFER, individually and on behalf of all others similarly situated, (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| SHIRE LLC, a Kentucky limited liability company | Defendant |
| SHIRE U.S., INC., a New Jersey corporation | Defendant |

April 2, 2013                                   _Gillian Wade_ (signed)
Date                                            Sign

Gillian L. Wade, Attorney of record for Erin Shaffer
Attorney of record for or party appearing in pro per